

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2011

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/11
```

    Re:    US v. Ajemian et al., 11 Cr. 1091 (VM)

Dear Judge Marrero:

    I write to request that the Court schedule a first conference in this matter for **January 6, 2012 at 2:30 p.m.**

    Eight defendants are scheduled to be arraigned today before the Magistrate Judge. Two defendants (Satin and Rusin) have submitted letters to Judge Ellis requesting brief adjournments of their arraignment, and as to the final defendant (Ajemian), I have submitted a letter to your Honor requesting that his appearance be delayed based on his recovery from recent surgery.

                                 Respectfully submitted,

                                 PREET BHARARA
                                 United States Attorney

               By: /s/ Justin S. Weddle
                              Justin S. Weddle/E. Danya Perry
                              Assistant United States Attorneys
                              212-637-2312/2434

cc:    All defense counsel (by fax)

```
Request GRANTED. The initial pretrial
conference herein is rescheduled to 1-6-12
at 2:30 P.M.

SO ORDERED.

12-27-11                    /s/ Victor Marrero
DATE                        VICTOR MARRERO, U.S.D.J.
```