```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA                :        11 Cr. 0 1091 (VM)

         - against -                    :        ORDER FOR ADMISSION
                                                 *PRO HAC VICE* ON
PETER LESNIEWSKI, et al.,               :        WRITTEN MOTION

                        Defendant.      :
------------------------------------------------------X

Upon the motion of Joshua L. Dratel, attorney for Defendant Peter Lesniewski, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Thomas Anthony Durkin
    Firm Name:          Durkin & Roberts
    Address:            2446 North Clark Street
    City/State/Zip:     Chicago, Illinois 60614
    Telephone Number:   (312) 981-0137
    Email Address:      Tdurkin@durkinroberts.com

is admitted to practice *pro hac vice* as counsel for Peter Lesniewski in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 26 January 2012
       New York, New York

The Honorable Victor Marrero
United States District Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA  :   11 Cr. 01091 (VM)

    - against -  :   MOTION TO ADMIT THOMAS ANTHONY DURKIN, ESQ., AS COUNSEL *PRO HAC VICE*

PETER LESNIEWSKI, et al.,  :

    Defendant.  :
------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joshua L. Dratel, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Thomas Anthony Durkin
    Firm Name:    Durkin & Roberts
    Address:    2446 North Clark Street
    City/State/Zip:    Chicago, Illinois 60614
    Telephone Number:    (312) 981-0137
    Email Address:    TDurkin@durkinroberts.com

who is a member in good standing of the Bar of the State of Illinois, and of the Bar of the State of Indiana. There are no pending disciplinary proceeding against Thomas Anthony Durkin, in any State or Federal court.

Dated: 5 January 2012
    New York, New York

           Respectfully submitted,

           JOSHUA L. DRATEL (jd-4037)
           Law Offices of Dratel & Mysliwiec, P.C
           2 Wall St., 3rd Floor
           New York, New York 10005
           (212) 732-0707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 11 Cr. 01091 (VM) |
| - against - | : | DECLARATION IN SUPPORT OF DEFENDANT'S |
| PETER LESNIEWSKI, et al., | : | MOTION TO ADMIT THOMAS ANTHONY DURKIN, ESQ., AS |
| Defendant. | : | COUNSEL *PRO HAC VICE* |

------------------------------------------------------X

STATE OF NEW YORK    )
                                    )ss.:
COUNTY OF NEW YORK )

    Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

    1. I am an attorney at Law Offices of Dratel & Mysliwiec, P.C., counsel for Defendant Peter Lesniewski in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Thomas Anthony Durkin, Esq., as counsel *pro hac vice* to represent Defendant Peter Lesniewski in this matter.

    2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 22, 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3. I have known Thomas Anthony Durkin since late 2001.

    4. Mr. Durkin is an attorney and partner in the firm of Durkin & Roberts, in Chicago,

1

Illinois.

5. I have found Mr. Durkin to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Criminal and Civil Procedure and the Local Rules of this Court.

6. Accordingly, I am pleased to move for the admission of Thomas Anthony Durkin, *pro hac vice*.

7. Attached hereto as Exhibit 1 are true and original certificates of good standing for Thomas Anthony Durkin, from the states of Illinois and Indiana, both issued within 30 days and where Mr. Durkin is a member in good standing.

8. I respectfully submit a proposed order granting the admission of Thomas Anthony Durkin, *pro hac vice*, which is attached hereto as Exhibit 2.

WHEREFORE it is respectfully requested that the motion to admit Thomas Anthony Durkin, *pro hac vice*, to represent Defendant Peter Lesniewski in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed January 5, 2012.

JOSHUA L. DRATEL

2

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas Anthony Durkin

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 1, 1974 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, December 27, 2011.

*Carolyn Taft Grosboll*

Clerk

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*THOMAS ANTHONY DURKIN*

is a member of the bar of said Court since admission on *August 4, 1987*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *27th* day of *DECEMBER*, 20 *11*.

*Kevin S. Smith*

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

## AFFIRMATION OF SERVICE

LINDSAY A. LEWIS, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury, that she is an attorney at the Law Offices of Dratel & Mysliwiec, P.C., and that, on January 4, 2012, she caused copies of this MOTION TO ADMIT COUNSEL *PRO HAC VICE*, to be served by e-mail on:

E. Danya Perry
Justin S. Weddle
Tel.: (212) 637-2387/2620
*Assistant United States Attorneys for the*
*Southern District of New York*

Stephen P. Scaring
Stephen P. Scaring, P.C.
666 Old Country Road, Suite 501
Garden City, NY 11530
Tel.: (516) 683 8500
Email: sscaring@scaringlaw.com
*Attorney for Steven Gagliano*

William Douglas Wexler
William D. Wexler, Esq
816 Deer Park Avenue
North Babylon, NY 11703
Tel.: (631) 422-2900
Email: wexlaw@optonline.net
*Attorney for Gary Satin*

Joseph F. Kilada
Bell & Kilada PLLC
666 Old Country Road, Suite 600
Garden City, NY 11530
Tel.: (516) 222-0454
Email: jfklegal@aol.com
*Attorney for Sharon Falloon*

Joseph A. Gentile
Frankie & Gentile, P.C.
1527 Franklin Ave., Suite 104
Mineola, NY 11501
Tel.: (516) 742 6590
Email: frangent1565@aol.com
*Attorney for Gregory Noone*

Joseph W. Ryan , Jr.
Rumberger, Kirk & Caldwell
300 S. Orange Avenue, Suite 1400
Orlando, FL 32801
Tel.: (516) 663-6515
Email: jwrlaw@ix.netcom.com
*Attorney for Regina Walsh and*
*Joseph Rutigliano*

Joey Jackson
Koehler & Isaacs, LLP
61 Broadway
New York, NY 10006
Tel.: (917) 551-1300 x1310
Email: JJackson@Koehler-Isaacs.com
*Attorney for Marie Baran*

Robert Douglas DiDio
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, NY 11415
Tel.: (718) 575-5145
Email: attorneydidio@aol.com
*Attorney for Maria Rusin*

Thomas Edward Engel
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
Tel.: 212-402-9400
Email: adevine@mckoolsmith.com
*Attorney for Peter J. Ajemian*

Richard Franklin Albert
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
Tel.: (212) 880-9560
Email: ralbert@maglaw.com
*Attorney for Richard Ehrlinger*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5 January 2012
       New York, New York

_____
LINDSAY A. LEWIS