UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 11 Cr. 01091 (VM) |
| - against - | : | **ORDER** |
| PETER LESNIEWSKI, et al., | : | |
| Defendant. | : | |

--------------------------------------------------------X

IT IS HEREBY ORDERED, that Thomas Anthony Durkin, Esq., who is admitted *pro hac vice* in the above-captioned case, is permitted to carry his cellular telephone into the courthouse for purposes of pretrial and trial proceedings in this case.

Dated: New York, New York
       April 4, 2012

SO ORDERED:

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/4/12

LAW OFFICES OF
## DRATEL & MYSLIWIEC, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
———
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

April 2, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Lesniewski,*
         11 Cr. 01901 (VM)

Dear Judge Marrero:

  This letter is submitted in connection with the above-entitled case, in which Thomas A. Durkin, Esq., and I represent defendant Peter Lesniewski. As noted during the most recent court appearance, it is respectfully requested that the Court issue an Order authorizing Mr. Durkin, who is admitted *pro hac vice* in this case, to carry his cellular telephone into the courthouse for purposes of pretrial and trial proceedings in this case.

  A proposed Order is attached for the Court's convenience.

              Respectfully submitted,

              Joshua L. Dratel

JLD/akb
Encl.