UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 11 Cr. 1091 |
| — against — | |
| PETER AJEMIAN, et al. | **ORDER** |
| Defendants. | |

**VICTOR MARRERO**, United States District Judge.

The April 20, 2012 pre-trial conference in this matter has been adjourned by the Court to May 4, 2012 at 10:00 a.m. The Government (see attached letter) requests that the Court exclude time from Speedy Trial Act calculations until May 4, 2012.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated:   New York, New York
         25 April 2012

                                    _____
                                    Victor Marrero
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/12

*It will provide additional time to defense counsel to review discovery and consider any motions they may wish to file.*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2012

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   United States v. Ajemian et al., 11 Cr. 1091 (VM)

Dear Judge Marrero:

      As your Honor is aware, the April 20, 2012 pre-trial conference in this matter has been adjourned by the Court to May 4, 2012 at 10:00 a.m. I have conveyed to defense counsel by email the adjourned date and time, and asked counsel to inform me of any objection they have to an exclusion of time under the Speedy Trial Act until the adjourned date. I have received affirmative consent from counsel for defendants Ajemian, Lesniewski, Rusin, Baran, Noone, Walsh, Satin, Gagliano, and Ehrlinger. I have received no affirmative objections. Accordingly, the Government requests that the Court exclude time to and including May 4, 2012, in order to permit the defendants to continue to review discovery and to consider motions they may wish to make. The Government submits that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, and requests that the Court so find. 18 U.S.C. § 3161(h)(7).

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By: *(signature)*

      Justin S. Weddle/E. Danya Perry
      Assistant United States Attorneys
      212-637-2312/2434

Honorable Victor Marrero
April 20, 2012
Page 2

cc: All defense counsel (by email)