

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2012

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/12
```

Re:    United States v. Ajemian et al., 11 Cr. 1091 (VM)

Dear Judge Marrero:

The Government respectfully requests a second extension of time, to and including May 16, 2012, to respond to the April 27, 2012 letter regarding jury pool selection procedures submitted by Paul B. Bergman, Esq., counsel for defendant Walsh. I have spoken with Mr. Bergman, who consents to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    *[signature]*

Justin S. Weddle
E. Danya Perry
Daniel Tehrani
Assistant United States Attorneys
212-637-2312/2434

cc:    All defense counsel (by email)

```
SO ORDERED. Request GRANTED. The
time for the Government to respond to the
motion above is extended to 5-16-12.
5-14-12
DATE            VICTOR MARRERO, U.S.D.J.
```