

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2012

By Facsimile
The Honorable Victor Marrero
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/12
```

Re: United States v. Ajemian et al.
S1 11 Cr. 1091 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter to request that the above-referenced Superseding Indictment be unsealed. Each of the newly charged defendants was arrested this morning and will be presented and arraigned in Magistrate's Court today, pursuant to the Court's referral.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
E. Danya Perry
Assistant United States Attorney
Telephone: (212) 637-2434

SO ORDERED: *The Clerk of Court is directed to unseal the Superseding Indictment herein.*

The Honorable Victor Marrero
United States District Judge

Dated: May 22, 2012