

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/12
```

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **US v. Ajemian et al., S1 11 Cr. 1091 (VM)**

Dear Judge Marrero:

I write to request that the Court schedule a conference in this matter for **June 15, 2012 at 10:30 a.m.**

Nine defendants are scheduled to be arraigned today before Magistrate Judge Ronald L. Ellis. An additional defendant, Gregory Bianchini, was arrested this morning in Florida and will be presented in the Southern District of Florida. The Government proposes that the defendants named in the original indictment have their appearances excused for the June 15 conference.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Daniel B. Tehrani
Justin S. Weddle
E. Danya Perry
Assistant United States Attorneys
212-637-2455/2312/2434

Request GRANTED. The *initial* conference herein is scheduled for *6-15-12* at *10:30am* as it relates to the new defendants referred to above.
SO ORDERED.
5-22-12
DATE   VICTOR MARRERO, U.S.D.J.

cc: All defense counsel (by electronic mail)