UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA          :

       - against -                              :     NOTICE OF DEFENDANT
                                                              WALSH'S MOTION FOR
PETER J. AJEMIAN,                 :     RELIEF PURSUANT TO
PETER J. LESNIEWSKI,                    RULE 12(b)(4)(B),
MARIA RUSIN,                      :     FED. R. CRIM. P.
MARIE BARAN,
JOSEPH RUTIGLIANO,                :     S1 11 Cr. 1091 (VM)
GREGORY NOONE,
REGINA WALSH,                     :
SHARON FALLOON,
GARY SATIN                        :
STEVEN GAGLIANO,
RICHARD EHRLINGER,                :
BRIAN DELGIORNO
PHILIP PULSONETTI                 :
GREGORY BIANCHINI
FRANKLIN PLAIA                    :
MICHAEL STAVOLA
MICHAEL DASARO                    :
KARL BRITTEL
KEVIN NUGENT                      :
GARY SUPPER, and
THOMAS DELALLA,                   :

                Defendants.          :
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed affirmation of Paul B. Bergman, dated June 5, 2012, counsel for defendant Regina Walsh, and upon the accompanying Memorandum of Law in Support of Defendant Walsh's Motion for Relief Pursuant to Rule 12(b)(4)(B) Fed. R. Crim. P., the defendant will move this Court, before the Hon. Victor Marrero, United States District Judge for the Southern District of New York, at the United

States Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York, at a time and date to be set by the Court, for the following relief:

1. For an Order, pursuant to Rule 12(b)(4)(B) Fed. R. Crim. P., directing the Government to identify all statements made by defendants in this action upon which the Government intends to rely in its evidence-in-chief at trial; and

2. For such other and further relief as the Court may deem just and appropriate.

Dated:   New York, New York
         June 5, 2012

                                        Yours, etc.

                                        PAUL B. BERGMAN, P.C.

                                    By: /S/_____
                                        PAUL B. BERGMAN, ESQ.
                                        Attorney for Regina Walsh
                                        950 Third Avenue
                                        New York, NY 10022
                                        Tel. No.: (212) 355-7711
                                        Fax No.: (212) 755-5509
                                        Email: paul.bergman@paulbbergmanpc.com

TO:   Hon. Victor Marrero
      United States District Judge
      Southern District of New York
      (Courtesy Copies By Hand)

      All Counsel of Record (By ECF)