LAW OFFICES OF

## DRATEL & MYSLIWIEC, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
www.dratelmys.com

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED: 6/19/12          │
└─────────────────────────────┘
```

JOSHUA L. DRATEL
AARON MYSLIWIEC

ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

June 18, 2012

## VIA FACSIMILE AND MAIL

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Lesniewski,*
>  11 Cr. 01901 (VM)

Dear Judge Marrero:

This letter is submitted in regard to Paul Bergman's June 5, 2012, motion on behalf of Regina Walsh in the above-captioned case, in which Thomas A. Durkin, Esq., and I represent defendant Dr. Peter Lesniewski. We have reviewed Mr. Bergman's submission to the Court, and because the issues it raises apply equally to Dr. Lesniewski, we respectfully join in Mr. Bergman's motion.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

```
┌────────────────────────────────────────────────────┐
│ The Clerk of Court is directed to enter into the   │
│ public record of this action the letter above      │
│ submitted to the Court by                          │
│ defendant Peter Lesniewski.                         │
│                                                     │
│ SO ORDERED.                                         │
│                                                     │
│ 6-19-12                                             │
│ ─────────────      ───────────────────────         │
│ DATE               VICTOR MARRERO, U.S.D.J.         │
└────────────────────────────────────────────────────┘
```