# McKOOL SMITH

Thomas E. Engel
Direct Dial: (212) 402-9406
tengel@mckoolsmith.com

One Bryant Park
47th Floor
New York, New York 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

September 5, 2012



<u>Via Hand Delivery</u>

The Honorable Victor Marrero
United States District Judge
United State Courthouse
500 Pearl Street
New York, NY 10005



RE:   US v. Ajemian, et al., 11 Cr. 1091 (VM)

Dear Judge Marrero:

    In order to coordinate the motions among some 20 defense counsel, reduce the overall number thereof and streamline their presentation to the Court, all of the defendants herein respectfully request that their time to file pre-trial motions in the above-captioned matter be extended for a period of one week, up to and including September 14, 2012.

    I am authorized to state that the Government has consented to this extension on condition that we consent to the Government's being granted a corresponding one-week extension of its time to file answering papers, to which extension we do hereby consent.

Respectfully,

Thomas E. Engel

*Request GRANTED. The time for defendants herein to file pre-trial motions is extended to 9-14-12. The Government's time to respond shall be correspondingly extended.*

SO ORDERED:
9-6-12
DATE        VICTOR MARRERO, U.S.D.J.

cc: All Defense Counsel (Via Email and U.S. Mail)

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

McKool 726660v1