LAW OFFICES OF
## DRATEL & MYSLIWIEC

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
---
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/12

September 14, 2012

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

           Re:   *United States v. Lesniewski,*
                 S1 11 Cr. 01901(VM)
                 1091

Dear Judge Marrero:

   This letter is in regard to the pre-trial motions due today in the above-entitled case, in which Thomas Anthony Durkin, Esq., and I represent defendant Peter Lesniewski. As a result of the division of labor among all defense counsel to best achieve the goal of consolidating submissions into as few separate motions as possible, we have in the past day had to insert into our motions contributions from other counsel that have increased the size of our motions beyond what we had previously anticipated. As of Wednesday of this week, we also had to add language to our motions to accommodate new information about the case released by the government. Having just today combined the various components of our motions together, we now realize that the Memorandum of Law will be closer to 40 pages, and it is respectfully requested that the Court grant counsel permission to submit a memorandum of law in support of Dr. Lesniewski's pre-trial motions in excess of the 25-page limit.

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

Hon. Victor Marrero
United States District Judge
Southern District of New York
September 14, 2012
Page 2 of 2

Accordingly, it is respectfully requested that this Court permit counsel to submit a memorandum of law in support of Dr. Lesniewski's pre-trial motions in excess of 25 **pages.**

Respectfully Submitted,

*/s/ Joshua L. Dratel*

Joshua L. Dratel

JLD/lal
cc:   AUSA Justin Weddle (by e-mail)
      All Defense Counsel (by e-mail)

---

Request DENIED. The Court's purpose in urging consolidation and referencing of other defense motions was to decrease, not increase by such proportion the use of each motion.

SO ORDERED.

9-14-12
DATE          VICTOR MARRERO, U.S.D.J.