UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-                                 NOTICE OF MOTION
                                            CR 11-1091 (S-1) (VM)
THOMAS DELALLA,                          ECF Case

                 Defendant.
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed declaration of the LAW OFFICES OF ALAN J. SCHWARTZ, P.C., dated the 14th day of September, 2012, and upon all proceedings had herein, the undersigned will move this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York before the HONORABLE VICTOR MARRERO at a date convenient to the court, or as soon thereafter as counsel can be heard, for an Order granting the following relief:

      1. Pursuant to Federal Rule of Criminal Procedure 7(f), the government should be directed to file a bill of particulars pertaining to the specific statements in Thomas DeLalla's disability application and the subsequent Disability Recertification form which are alleged to be false, as well as which of Mr. DeLalla's medical conditions were falsified or exaggerated.

      2. To join in all applicable motions for legal relief sought by counsel for the co-defendants to date and for any and other relief the Court may deem just and proper.

DATED:    September 14, 2012
                Garden City, New York

Respectfully submitted,

By: ALAN J. SCHWARTZ
LAW OFFICES OF ALAN J. SCHWARTZ, P.C.
Attorneys for Defendant THOMAS DELALLA
1010 Franklin Avenue, 2nd floor
Garden City, New York 11530-2900
(516) 248-6311
alan@ajslaw.com

To:    Clerk of the Court    (all via ECF)
       AUSA Justin. S Weddle
       AUSA E. Danya Perry
       AUSA Daniel B. Tehrani
       All defense counsel of record