```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
          -v-                   :
                                :
PETER J. AJEMIAN,               :   POST-INDICTMENT PROTECTIVE
PETER J. LESNIEWSKI,            :   ORDER AND ASSET TRANSFER
MARIA RUSIN,                        ORDER PURSUANT TO
MARIE BARAN,                    :   18 U.S.C. §§ 981 and 982,
JOSEPH RUTIGLIANO,                  28 U.S.C § 2461, and
GREGORY NOONE,                  :   21 U.S.C. § 853
REGINA WALSH,
SHARON FALLOON,                 :   S1 11 Cr. 1091 (VM)
GARY SATIN,
STEVEN GAGLIANO,                :
RICHARD EHRLINGER,
BRIAN DELGIORNO,                :
PHILIP PULSONETTI,
GREGORY BIANCHINI,              :
FRANKLIN PLAIA,
MICHAEL STAVOLA,                :
MICHAEL DASARO,
KARL BRITTEL,                   :
KEVIN NUGENT,
GARY SUPPER, and                :
THOMAS DELALLA,
                                :
          Defendants.
                                :
-------------------------------x
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10/12/12]

Upon the application of PREET BHARARA, United States Attorney for the Southern District of New York, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), 28 U.S.C. § 2461(c), and 21 U.S.C. §§ 853(e)(1)(A) and 853(f), and the Declaration of Special Agent Adam M. Suits with the Office of the Inspector General, Office of Investigations, United States Railroad Retirement Board ("RRB-OIG"), and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that:

The United States Railroad Retirement Board (the "RRB"), its attorneys, agents, anyone acting on the RRB's behalf, all persons or entities acting for or in concert with or in participation with any of the above, and all persons and entities having actual knowledge of this order, shall not take any action prohibited by this Order;

**IT IS HEREBY FURTHER ORDERED** that the RRB, its attorneys, agents, anyone acting on the RRB's behalf, all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of this order, shall not directly or indirectly, transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach or dispose of in any manner inconsistent with this order; cause to be transferred, sold, assigned, pledged, distributed, hypothecated, encumbered, attached or disposed of in any manner inconsistent with this order; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the following property:

(1) effective as of the date of this order, the monthly disability benefits payments scheduled to be transferred by the RRB to the following defendants: JOSEPH RUTIGLIANO, GREGORY NOONE, REGINA WALSH, SHARON FALLOON, STEVEN GAGLIANO, RICHARD EHRLINGER, BRIAN DELGIORNO, PHILIP PULSONETTI, GREGORY BIANCHINI, FRANKLIN PLAIA, MICHAEL STAVOLA, KARL BRITTEL, KEVIN NUGENT, and THOMAS DELALLA, as set forth in the attached chart,

(collectively, the "Subject Assets");

**IT IS HEREBY FURTHER ORDERED** that the RRB shall, in lieu of transferring the Subject Assets to the respective defendants, transfer the Subject Assets, on a monthly basis, into the United States Marshals Service ("USMS") Seized Asset Fund;

**IT IS HEREBY FURTHER ORDERED** that the RRB shall provide, to the United States Attorney's Office and the USMS, notice at the time that each transfer of Subject Assets is made into the USMS Seized Asset Fund, and shall provide an accounting of the amount of each transfer;

**IT IS HEREBY FURTHER ORDERED** that the USMS not take any action that would depreciate, damage, or in any way diminish the value of the Subject Assets without the prior written consent of the United States Attorney's Office;

**IT IS HEREBY FURTHER ORDERED** that this Order shall be binding upon the RRB, its attorneys, agents, anyone acting on the RRB's behalf, all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of this order;

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order shall be made on the RRB's attorney by mail and fax within two business days following the filing of this Restraining Order.

Dated: New York, New York
October 12, 2012

SO ORDERED:

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

| Defendant | RRB Monthly Annuity Amount* |
|---|---:|
| Bianchini, Gregory | $3,235.36 |
| Brittel, Karl | $3,425.16 |
| Delalla, Thomas | $3,504.01 |
| DelGiorno, Brian | $3,725.52 |
| Ehrlinger, Richard | $2,095.30 |
| Falloon, Sharon | $3,229.03 |
| Gagliano, Steven | $3,502.18 |
| Noone, Gregory | $3,926.60 |
| Nugent, Kevin | $3,712.45 |
| Plaia, Franklin | $3,489.53 |
| Pulsonetti, Philip | $3,756.31 |
| Rutigliano, Joseph | $2,395.21 |
| Stavola, Michael | $3,485.11 |
| Walsh, Regina | $3,408.80 |

*These amounts are current as of October 1, 2012. They are subject to change based on various factors, including employment status, tax rates and cost of living adjustments.