```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
        -v-                   :
                              :   NOTICE OF APPEARANCE
PETER J. AJEMIAN,             :
PETER J. LESNIEWSKI,          :
MARIA RUSIN,                      S1 11 Cr. 1091 (VM)
MARIE BARAN,                  :
JOSEPH RUTIGLIANO,            :
GREGORY NOONE,                :
REGINA WALSH,                 :
SHARON FALLOON,               :
GARY SATIN,                   :
STEVEN GAGLIANO,              :
RICHARD EHRLINGER,            :
BRIAN DELGIORNO,              :
PHILIP PULSONETTI,            :
GREGORY BIANCHINI,            :
FRANKLIN PLAIA,               :
MICHAEL STAVOLA,              :
MICHAEL DASARO,               :
KARL BRITTEL,                 :
KEVIN NUGENT,                 :
GARY SUPPER, and              :
THOMAS DELALLA,               :
                              :
         Defendants.          :
                              :
------------------------------x
```

## NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ANDREW D. GOLDSTEIN ON BEHALF OF THE UNITED STATES

The Government respectfully submits this Notice that the undersigned will be an Assistant United States Attorney representing the Government in the above-referenced matter.

```
Dated:    New York, New York
          October 19, 2012

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                         By:  /s/ Andrew D. Goldstein
                              Andrew D. Goldstein
                              Assistant United States Attorney
                              T: (212) 637-1559
                              F: (212) 637-0421
```

CERTIFICATE OF SERVICE

Andrew D. Goldstein deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on October 19, 2012, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Andrew D. Goldstein on Behalf of the United States by ECF on counsel for defendants.

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

/s/ Andrew D. Goldstein
Andrew D. Goldstein

Executed on:   October 19, 2012
               New York, New York