UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                    :

UNITED STATES OF AMERICA,      :           S1 11 Cr. 1091 (VM)
                                    :          Electronically Filed

      – *against* –             :

                                    :          NOTICE OF APPEARANCE

PETER LESNIEWSKI            :          AND REQUEST FOR
                                    :          ELECTRONIC NOTIFICATION

              Defendant.    :

                                    :
-------------------------------------------------------x

        Please take notice that Thomas Anthony Durkin, Esq., hereby appears in this action on

behalf of PETER LESNIEWSKI and respectfully requests the Clerk to note his appearance in this

case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in

this case.

        I am an attorney in good standing in the State of Illinois and the State of Indiana, and have

been admitted *pro hac vice* in the above-captioned matter in the United States District Court for

the Southern District of New York.


Dated: October 23, 2012


                                   Respectfully submitted,


                                   /s/Thomas Anthony Durkin
                                   Thomas Anthony Durkin, #0697966(IL)
                                   Durkin & Robert
                                   2446 North Clark Street
                                   Chicago, Illinois 60614
                                   (312) 913-9300
                                   tdurkin@durkinroberts.com


                                 *Attorney for Defendant Peter Lesniewski*