LAW OFFICES OF
# DRATEL & MYSLIWIEC

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

November 9, 2012

### BY FACSIMILE [212-805-6382]

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/12

Re:  *United States v. Lesniewski,*
     S1 11 Cr. 01901 (VM)

Dear Judge Marrero:

    This letter is in regard to the Reply Memorandum of Law in Support of Defendant Peter Lesniewski's Pre-Trial Motions due today in the above-entitled case, in which Thomas Anthony Durkin, Esq., Joshua L. Dratel, Esq., and I represent Dr. Lesniewski. For the reasons set forth below, it is respectfully requested that the Court grant a one-week extension, until Friday, November 16, 2012, for the submission of Dr. Lesniewski's reply. Mr. Durkin has spoken with Assistant United States Attorney Justin Weddle, and he informed me that the government consents to this request.

    A one-week extension is necessary in significant part because Hurricane Sandy prevented us from entering our offices and accessing our server for the entirety of last week, and thus hindered our ability to prepare our reply. During that time Mr. Dratel and I also did not have power in our homes.

    That time period during which we were unable to work on the reply is also significant because Mr. Dratel departed the country on Monday morning for a two-week trip to Djibouti to conduct Rule 15 depositions in *United States v. Basaaly Moalin*, 10 Cr. 4246 (JM), which has limited his ability to communicate with us regarding the reply. Thus, a one-week extension would give us time to coordinate our final submission with Mr. Dratel, and would give Mr.

LAW OFFICES OF
**DRATEL & MYSLIWIEC**

Hon. Victor Marrero
United States District Judge
Southern District of New York
November 9, 2012
Page 2 of 2

Dratel the opportunity to provide his input.

    Accordingly, it is respectfully requested that this Court grant a one-week extension, until Friday, November 16, 2012, for the submission of Dr. Lesniewski's reply memorandum of law. As set forth above, the government consents to this request.

Respectfully Submitted,

Lindsay A. Lewis

LAL
cc:   AUSA Justin Weddle (by e-mail)
      All Defense Counsel (by e-mail)

> Request GRANTED. The time for defendant Peter Lesniewski to reply to the pretrial motions herein is extended to 11-16-12.
>
> SO ORDERED.
>
> 11-9-12
> DATE     VICTOR MARRERO, U.S.D.J.