

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2013

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/13

Re:   US v. Ajemian et al., S1 11 Cr. 1091 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter in response to the Court's Order dated December 27, 2012. In that Order, the Court denied the defendants' various pretrial motions, but also ordered that the Government Show Cause why it should not produce a "limited bill of particulars identifying the names of the unidentified co-conspirators referred to in the Indictment." (Dkt. Item 317 at 6, 16). The Court set the deadline for responding to this Order to Show Cause as January 3, 2013.

The Government agrees to identify by name, to the extent we are able, or by description, the unindicted co-conspirators referred to in the Indictment. The Government requests until January 10, 2013 to provide this disclosure to the defense.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/ Justin S. Weddle
Daniel B. Tehrani
Justin S. Weddle
Nicole Friedlander
Assistant United States Attorneys
212-637-2455/2312/2434

> Request GRANTED. The time for the Government to provide the disclosures to the defense directed by the Order dated 12-27-12 is extended to 1-10-13.
> SO ORDERED.
>
> 1-3-13
> DATE   VICTOR MARRERO, U.S.D.J.

cc: All defense counsel by email