UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                :

                  Plaintiff,                :

- against -                :

PETER LESNIEWSKI,                :

                  Defendant.                :

-------------------------------------------------------X

S1 11 Cr.01091 (VM)

NOTICE OF MOTION TO PERMIT USE OF A JUROR QUESTIONNAIRE AND INDIVIDUALIZED CASE-SPECIFIC *VOIR DIRE* PURSUANT TO RULE 24(a), FED.R.CRIM.P

(Electronically Filed)

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., the exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, PETER LESNIEWSKI, will move before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

      (1)      permitting the use of a juror questionnaire in Dr. Lesniewski's case;

      (2)      permitting the use of individualized case-specific *voir dire*; and

      (3)      for any such other and further relief as to the Court seems just and proper.

Dated:  June 17, 2013
          New York, New York

                                                             Respectfully Submitted,

                                                             /s/ Joshua L. Dratel
                                                              Joshua L. Dratel
                                                              JOSHUA L. DRATEL, P.C.
                                                               29 Broadway, Suite 1412
                                                              New York, New York 10006
                                                               (212) 732-0707
                                                              jdratel@dratelmys.com

        /s/ Thomas Anthony Durkin
        Thomas Anthony Durkin
        DURKIN & ROBERTS
        2446 N. Clark Street
        Chicago, Illinois 60614
        (312) 981-0123
        tdurkin@durkinroberts.com

*Attorneys for Defendant Peter Lesniewski*

To:   THE HON. VICTOR MARRERO
      UNITED STATES DISTRICT JUDGE

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK