UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                               :    S1 11 Cr.01091 (VM)

UNITED STATES OF AMERICA       :

                                               :    **NOTICE OF MOTION IN LIMINE**

               Plaintiff,      :

        - against -                        :

PETER LESNIEWSKI                     :

              Defendant.   :
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., the exhibit thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, PETER LESNIEWSKI, will move before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order precluding the government from offering at trial any evidence, either through testimony or documents or other physical objects, relating to Dr. Peter Ajemian and/or Dr. Ralph F. Parisi, and for any such other and further relief as to the Court seems just and proper.

Dated:  June 17, 2013

        New York, New York

                                                            Respectfully Submitted,

                                                             /s/ Joshua L. Dratel
                                                             Joshua L. Dratel
                                                             JOSHUA L. DRATEL, P.C.
                                                             29 Broadway, Suite 1412
                                                             New York, New York 10006
                                                             (212) 732-0707
                                                             jdratel@joshuadratel.com

/s/ Thomas Anthony Durkin
Thomas Anthony Durkin
DURKIN & ROBERTS
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com

*Attorneys for Defendant Peter Lesniewski*

To:   THE HON. VICTOR MARRERO
      UNITED STATES DISTRICT JUDGE

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK