```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA              :       S1 11 Cr. 01091 (VM)
                                                       :
       - against -                    :       DECLARATION IN
                                                       :       SUPPORT OF DEFENDANT
PETER LESNIEWSKI,                     :       DR. PETER LESNIEWSKI'S
                                                       :       MOTION IN LIMINE
                       Defendant.     :
-------------------------------------------------------X
```

JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am a lawyer, and along with Thomas Anthony Durkin, Esq., I represent defendant Peter Lesniewski in the above-captioned case. I make this Declaration in support of Dr. Lesniewski's motion *in limine* to preclude the government from offering any evidence at trial, either through testimony or documents or other physical objects, relating to Dr. Peter Ajemian and/or Dr. Ralph F. Parisi.

2. The legal and factual bases for this motion are set forth in the accompanying Memorandum of Law, and it is respectfully requested that the facts set forth therein be incorporated by reference in this Declaration.

WHEREFORE, it is respectfully requested that the Court grant Dr. Lesniewski's motion *in limine* in its entirety, and for any such other and further relief as to this Court seems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.  Executed June 17, 2013.

                                               /S/ Joshua L. Dratel
                                               JOSHUA L. DRATEL