

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/13

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 18, 2013

**BY FAX**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Lesniewski et al., S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter to request a one-week adjournment, to and including June 24, 2013, to submit proposed requests to charge and proposed voir dire. The Government is in the process of completing a draft set of requests to charge, and would like the opportunity to meet and confer with the defense regarding the requests to charge in an effort to identify those that can be made jointly. Accordingly, we would like an extension of time to submit proposed requests to charge and voir dire to and including June 24, 2013. I have communicated with defense counsel regarding this request. Counsel for defendants Lesniewski and Baran both have indicated their consent. No counsel has objected.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Justin S. Weddle
Nicole Friedlander
Daniel B. Tehrani
Justin S. Weddle
Assistant United States Attorneys
212-637-2211/2455/2312

Cc by email:
Joshua L. Dratel, Esq. and Thomas A. Durkin, Esq.
Joey Jackson, Esq.

SO ORDERED. Request GRANTED. The time for the parties to submit pretrial papers is extended to 6-24-13.
6-18-13
DATE              VICTOR MARRERO, U.S.D.J.