UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA            S14 11 Cr. 1091 (VM)
                                      :

         Plaintiff,                     NOTICE OF DEFENDANT PETER
                                      :          LESNIEWSKI'S MOTION TO
  - against -                                   RECUSE THE DISTRICT COURT
                                      :          PURSUANT TO 28 U.S.C. §455(a)

PETER LESNIEWSKI
                                      :          (Electronically Filed)

         Defendant.
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, PETER LESNIEWSKI, will move before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order recusing the District Court pursuant to 28 U.S.C. §455(a), and for any such other and further relief as to the Court seems just and proper.

Dated:  June 20, 2013
       New York, New York

                                                              Respectfully Submitted,

                                                              /s/ Joshua L. Dratel
                                                              Joshua L. Dratel
                                                              JOSHUA L. DRATEL, P.C.
                                                             29 Broadway, Suite 1412
                                                              New York, New York 10006
                                                              (212) 732-0707
                                                              jdratel@joshuadratel.com

        /s/ Thomas Anthony Durkin
        Thomas Anthony Durkin
        DURKIN & ROBERTS
        2446 N. Clark Street
        Chicago, Illinois 60614
        (312) 981-0123
        tdurkin@durkinroberts.com

*Attorneys for Defendant Peter Lesniewski*

To:   THE HON. VICTOR MARRERO
      UNITED STATES DISTRICT JUDGE

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK