LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION
29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13

JOSHUA L. DRATEL

LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

June 26, 2013

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Lesniewski,*
S1 11 Cr. 01901 (VM)
1091

Dear Judge Marrero:

This letter is in regard to the above-entitled case, in which Thomas A. Durkin, Esq., and I represent defendant Dr. Peter J. Lesniewski, and constitutes a joint application by the parties to adjourn the deadline for the submission of the joint proposed request to charge until Monday, July 1, 2013. It is respectfully submitted that the additional time requested will enable the parties to resolve as many outstanding issues with the proposed charges as possible before submission to the Court, and will thus serve the interests of judicial economy and efficiency.

Respectfully Submitted,

Joshua L. Dratel

JLD/lal

cc: AUSA Justin Weddle (by e-mail)
All Defense Counsel (by e-mail)

Request GRANTED. The time for the parties to submit the proposed jury instructions herein is extended to 7-1-13

**SO ORDERED.**

6-26-13
DATE         VICTOR MARRERO, U.S.D.J.