LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/13

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

July 1, 2013

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

           Re:   *United States v. Lesniewski,*
                 S1 11 Cr. 01091 (VM)

                               *1091*

Dear Judge Marrero:

       This letter is in regard to the above-entitled case, in which Thomas A. Durkin, Esq., and I represent defendant Dr. Peter J. Lesniewski, and constitutes a joint application by the parties to extend the deadline for the submission of the joint proposed Requests to Charge until Friday, July 5, 2013.

       The reason for the requested extension is that amidst concerted work on a variety of motions filed by the government and defense, which have occupied a considerable amount of time, tomorrow defense counsel for the three remaining defendants will present to the government a unified defense position with respect to the proposed instructions. Once that is accomplished, the government will determine its position with respect to the defense's proposed changes, additions, and/or deletions, and the parties will be able to provide the Court with a version that incorporates the instructions upon which there is agreement, and those for which competing versions will be offered.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Victor Marrero
United States District Judge
Southern District of New York
July 1, 2013
Page 2 of 2

  Accordingly, it is respectfully requested that the due date for the Requests to Charge be extended until Friday, July 5, 2013.

Respectfully Submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc: AUSA Justin Weddle (by e-mail)
   All Defense Counsel (by e-mail)

---

*Request GRANTED. The time for the parties to submit the proposed joint requests to charge is extended to 7-5-13.*

**SO ORDERED.**

7-3-13
DATE     VICTOR MARRERO, U.S.D.J.