**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 5, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/13
```

By Fax
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Lesniewski et al., S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter on behalf of all parties to seek a further extension of the time to submit joint requests to charge and the parties' individual requests to charge covering matters as to which we have not reached agreement. By this Court's endorsement, those submissions are due today. We have made progress on preparing joint requests and narrowing the areas of disagreement, but have not finalized a set of joint requests for submission to the Court. The Government plans to circulate draft joint requests to the defendants today, and to confer with defense counsel on Sunday. Thus, we seek an extension of time to Monday, July 8, 2013.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*

JUSTIN S. WEDDLE
NICOLE FRIEDLANDER
DANIEL B. TEHRANI
Assistant United States Attorney
212-637-2312/2211/2455

Cc: All defense counsel by email

SO ORDERED. *Request GRANTED.*

7-8-13
DATE        VICTOR MARRERO, U.S.D.J.