LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 8/13/13
```

JOSHUA L. DRATEL

LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

August 12, 2013

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Lesniewski*,
                 S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

       This letter is submitted on behalf of defendant Dr. Peter J. Lesniewski, whom Thomas A. Durkin, Esq., and I represent in the above-entitled case, in regard to an extension of time for the filing of post-trial motions, pursuant to Rule 29(c), and/or Rule 33, Fed.R.Crim.P. Post-trial motions on behalf of Dr. Lesniewski are currently due next Tuesday, August 20, 2013. It is respectfully requested that the Court grant an extension of time until Friday, September 20, 2013 – 45 days from the August 6, 2013, verdict – for the filing of these motions. This request is necessitated by both the complexity of the issues in this case and the need to coordinate with out-of-town counsel. My associate, Lindsay A. Lewis, Esq., has been informed by Assistant United States Attorney Daniel Tehrani, Esq., that the government consents to this request.

       Accordingly, it is respectfully requested that the Court grant an extension of time until Friday, September 20, 2013, for the filing of post-trial motions pursuant to Rule 29(c), and/or

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.

Hon. Victor Marrero
United States District Judge
Southern District of New York
August 12, 2013
Page 2 of 2

Rule 33, Fed.R.Crim.P., on behalf of Dr. Lesniewski. As noted above, the government consents to this request.

Respectfully Submitted,

Joshua L. Dratel

JLD/lal

cc:     AUSA Daniel Tehrani (by e-mail)

---

Request GRANTED. The deadline for defendants to file post-trial motions is extended to 9-20-13. In the event any such motion is contemplated, the movant shall inform the Court not later than 9-13-13 by letter not to exceed three (3) pages setting forth the grounds therefor.

SO ORDERED:

DATE 8-13-13    VICTOR MARRERO, U.S.D.J.