**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2013

**BY HAND**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/13

    Re:    <u>United States v. Lesniewski</u>, 11 Cr. 1091 (VM)

Dear Judge Marrero:

    As discussed in Court yesterday, in streamlining its case at trial, the Government has elected not to proceed on certain counts charged in the S14 Indictment. The below table shows the counts of the S14 Indictment, a description of the Count, where applicable a reference showing that the Government has elected not to proceed on the Count, and a listing showing the re-numbering of the Counts in the redacted Indictment.

| S14 Count No. | Description | If applicable, dropped Count | Count No. in Redacted Indictment |
|---|---|---|---|
| 1 | Lesniewski, Baran, Rutigliano 1349 Conspiracy | | 1 |
| 2 | Baran, Rutigliano, Ajemian 1349 Conspiracy | | 2 |
| 3 | Lesniewski, Baran, Rutigliano 371 Conspiracy | | 3 |
| 4 | Baran, Rutigliano, Ajemian 1349 Conspiracy | | 4 |
| 5 | Rutigliano, Brittell health care fraud | Dropped | |
| 6 | Rutigliano, Bianchini health care fraud | Dropped | |
| 7 | Lesniewski, Gagliano health care fraud | | 5 |
| 8 | Lesniewski, Supper health care fraud | | 6 |
| 9 | Rutigliano, Dasaro health care fraud | Dropped | |

| | | | |
|---|---|---|---|
| 10 | Baran, Walsh health care fraud | | 7 |
| 11 | Baran, Stavola health care fraud | | 8 |
| 12 | Baran, Pulsonetti health care fraud | Dropped | |
| 13 | Baran, Walsh mail fraud | | 9 |
| 14 | Rutigliano, Dasaro mail fraud | Dropped | |
| 15 | Rutigliano, Maher mail fraud | | 10 |
| 16 | Baran, Pulsonetti mail fraud | Dropped | |
| 17 | Rutigliano, Bianchini mail fraud | Dropped | |
| 18 | Baran, Stavola mail fraud | | 11 |
| 19 | Lesniewski, Rutigliano mail fraud | | 12 |
| 20 | Lesniewski, Rutigliano, Parlante mail fraud | | 13 |
| 21 | Rutigliano, Brittell mail fraud | Dropped | |
| 22 | Lesniewski, Rutigliano wire fraud | | 14 |
| 23 | Rutigliano, Bianchini wire fraud | Dropped | |
| 24 | Rutigliano, Maher wire fraud | | 15 |
| 25 | Rutigliano, Brittell wire fraud | Dropped | |
| 26 | Lesniewski, Rutigliano, Parlante wire fraud | | 16 |
| 27 | Lesniewski, Gagliano wire fraud | | 17 |
| 28 | Baran, Walsh wire fraud | | 18 |
| 29 | Rutigliano, Dasaro wire fraud | Dropped | |
| 30 | Lesniewski, Supper wire fraud | | 19 |
| 31 | Baran, Pulsonetti wire fraud | Dropped | |
| 32 | Baran, Stavola wire fraud | | 20 |
| 33 | Rutigliano false statements | | 21 |

       The Government will move to dismiss the Counts listed above as "dropped" in open Court.

                             Very truly yours,

                             PREET BHARARA
                             United States Attorney

By:   /s/ Justin S. Weddle
       JUSTIN S. WEDDLE
       NICOLE FRIEDLANDER
       DANIEL B. TEHRANI
       Assistant United States Attorneys
       212-637-2211/2312/2455

Cc: Defense counsel (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _the Government_.

SO ORDERED.

8-1-13
DATE          VICTOR MARRERO, U.S.D.J.