```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13
```

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
...
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

September 17, 2013

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Lesniewski,*
      S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

This letter is submitted on behalf of defendant Dr. Peter J. Lesniewski, whom Thomas A. Durkin, Esq., and I represent in the above-entitled case, in regard to the Friday, September 20, 2013, deadline for the filing of post-trial motions, pursuant to Rule 29(c), and/or Rule 33, Fed.R.Crim.P. As per the Court's request, we are hereby notifying the Court in advance of Friday's deadline that we will not be filing post-trial motions in this case. We do, however, wish to join in any motions filed by Dr. Lesniewski's co-defendants to the extent they inure to his benefit.

Respectfully Submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc:   AUSA Daniel Tehrani (by e-mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *defendant Peter Lesniewski*.

**SO ORDERED.**

9-17-13
DATE          VICTOR MARRERO, U.S.D.J.