LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/13

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

December 3, 2013

**BY FACSIMILE [212-805-6382]**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Lesniewski*,
                S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

        This letter is submitted on behalf of defendant Dr. Peter J. Lesniewski, whom Thomas A. Durkin, Esq., and I represent in the above-entitled case, in regard to Dr. Lesniewski's sentencing which is currently scheduled for December 13, 2013. In light of the fact that Mr. Durkin alone will be representing Dr. Lesniewski at sentencing, and for the several reasons set forth below, it is respectfully requested that Dr. Lesniewski's sentencing be adjourned until February 2014, preferably to the 14th or 21st of the month. Mr. Durkin has spoken with Assistant United States Attorney Justin Weddle, and he has informed Mr. Durkin that the government does not object to this application.

        Dr. Lesniewski seeks the requested adjournment to allow Mr. Durkin ample time to prepare for sentencing. For several months Mr. Durkin's father was gravely ill, and passed away last month. Accordingly, Mr. Durkin spent much of that time tending to his father's needs. In the past month Mr. Durkin has also had to care for his wife and law partner, Janis Roberts, Esq., who broke her hip just after his father's passing last month, and had to undergo surgery. Ms. Roberts has since been hospitalized for complications, and is just now back home and on the road to recovery. Mr. Durkin is also set to begin a trial January 6, 2014, in Chicago, which will last the better part of that month.

        Thus, for the above-stated reasons, it is respectfully requested that the Court grant the Dr.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Victor Marrero
United States District Judge
Southern District of New York
December 3, 2013
Page 2 of 2

Lesniewski's application for an adjournment of his sentencing until February 14th or 21st of 2014, or a time convenient to the Court. As set forth previously, the government does not object to this application.

Respectfully Submitted,

*[signature]*

Joshua L. Dratel

JLD/lal

cc:   AUSA Justin Weddle (by e-mail)

---

Request GRANTED. The sentencing of defendant *Peter Lesniewski* herein is rescheduled to 2-21-14 at 2:00 p.m.

SO ORDERED.

12-5-13
DATE        VICTOR MARRERO, U.S.D.J.