UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | S1 11 Cr. 1091 (VM) |
| Plaintiff, | NOTICE OF MOTION FOR <u>RELEASE PENDING APPEAL</u> |
| -*against*- | |
| | (Electronically Filed) |
| PETER J. LESNIEWSKI, | |
| Defendant. | |

-------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed Declaration of Thomas Anthony Durkin, the exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, PETER J. LESNIEWSKI, will move before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order granting Dr. Lesniewski's Motion for Release Pending Appeal.

Dated February 14, 2014

/s/ JOSHUA L. DRATEL
JOSHUA L. DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707
jdratel@joshuadratel.com

/s/ THOMAS ANTHONY DURKIN
DURKIN & ROBERTS
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com

*Attorneys for Defendant Peter Lesniewski*

-Of Counsel-

Thomas Anthony Durkin
Joshua L. Dratel
Janis D. Roberts
Joshua G. Herman
Lindsay A. Lewis