```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA           :     S14 11 Cr. 1091 (VM)

        - against -                                  :     ORDER FOR MODIFICATION
                                                                OF CONDITIONS OF RELEASE
PETER LESNIEWSKI,                         :

                Defendant.        :
------------------------------------------------------X

Upon the motion of Thomas Anthony Durkin, attorney for Defendant Dr. Peter Lesniewski, and the parties having reached an accord;

**IT IS HEREBY ORDERED** that Defendant's wife is permitted to liquidate the LPL Financial Account in the agreed upon amount necessary to secure private counsel on appeal.

Dated: 27 February 2014

New York, New York

                                              The Honorable Victor Marrero
                                              United States District Judge