Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED MAR 0 5 2014

Caption:

United States
_____ v.

Peter Lesniewski
_____

Docket No.: 11 Cr. 1091 (VM)
Honorable Victor Marrero
(District Court Judge)

Notice is hereby given that Peter Lesniewski _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓ |, other |  _____

entered in this action on February 24, 2014 .
(date)                                                    (specify)

This appeal concerns: Conviction only |___  Sentence only |__|  Conviction & Sentence |✓  Other |___

Defendant found guilty by plea |   | trial | ✓ | N/A |   .

Offense occurred after November 1, 1987?  Yes | ✓ |  No |     N/A |

Date of sentence: February 24, 2014 _____  N/A |__|

Bail/Jail Disposition: Committed |___   Not committed | ✓ |  N/A |

Appellant is represented by counsel?  Yes ✓ | No |      | If yes, provide the following information:

Defendant's Counsel:  Joshua L. Dratel

Counsel's Address:  Law Offices of Joshua L. Dratel, P.C.

29 Broadway, Suite 1412, New York, New York 10006

Counsel's Phone:  (212) 732 - 0707

Assistant U.S. Attorney:  Nicole Friedlander, Justin S. Weddle, and Daniel B. Tehrani

AUSA's Address:  United States Attorney's Office, Southern District of New York

One St. Andrews Plaza, New York, New York 10007

AUSA's Phone:  (212) 637 - 2211/2312/2455

_____
Signature