## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Peter Lesniewski

**DOCKET NUMBER:** 11 Cr. 1091 (VM)

**COUNSEL'S NAME:** Joshua L. Dratel

**COUNSEL'S ADDRESS:** Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412, New York, New York 10006

**COUNSEL'S PHONE:** (212) 732 - 0707

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAR 05 2014*

### QUESTIONNAIRE

☐ I am ordering a transcript.

☑ I am not ordering a transcript. Reason: ☑ Daily copy available ☐ U.S. Atty. placed order ☐ Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____ (Description & Dates)

☐ Trial: _____ (Description & Dates)

☐ Sentencing: _____ (Description & Dates)

☐ Post-trial proceedings: _____ (Description & Dates)

I, Joshua L. Dratel (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☐ CJA Form 24

Counsel's Signature _____ Date: 3/5/14

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____  Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature _____ Date _____

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**