


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2014

Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    United States v. Ajemian et al., 11 Cr. 1091 (VM)

Dear Judge Marrero:

      Consistent with the procedures established by the Clerk's Office, Clerk's Office, I respectfully request that your Honor direct the Clerk of the Court to update the Court's CM/ECF records to remove my name as counsel for the Government and as an attorney to whom Notices of Case Activity are sent in this case, effective April 4, 2014.  I am leaving the Government to enter private practice.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:    __/s/ Justin S. Weddle_____
      Justin S. Weddle
      Assistant United States Attorney
      (212) 637-2312

Cc:  all defense counsel by ecf