# DURKIN ROBERTS & GROHMAN
### ATTORNEYS AND COUNSELORS

THOMAS ANTHONY DURKIN
tdurkin@durkinroberts.com

2446 NORTH CLARK STREET
CHICAGO, ILLINOIS 60614

TELEPHONE (312) 981-0123
FACSIMILE (312) 913-9235
www.durkinroberts.com

January 25, 2016

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
*(Facsimile: 212-805-6382)*

        Re: *United States v. Lesniewski,*
            **S14 11 Cr. 1091 (VM)**

Dear Judge Marrero:

On January 19, 2016, the government filed its opposition to Dr. Peter Lesniewski's motion for new trial or, in the alternative, for resentencing. As I mentioned to Daniella Schmidt in our telephone conversation late last week, attorney John Cline of San Francisco, is taking the lead in crafting Dr. Lesniewski's reply memorandum. Mr. Cline is on trial all of this week. Accordingly, on Dr. Lesniewski's behalf we would respectfully request that the time in which to file his reply be extended to Monday, February 8, 2016.

Respectfully Submitted,

Thomas Anthony Durkin
Durkin Roberts & Grohman
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123

TAD/tab

cc: AUSA Nicole Friedlander (by e-mail)
     AUSA Daniel Tehrani (by e-mail)

SO ORDERED. Request GRANTED. The time for defendant Peter Lesniewski to file a reply to his motion for a new trial or resentencing is extended to 2-8-16.

DATE 1-25-16 VICTOR MARRERO, U.S.D.J.