**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2016

Caption:
United States of America v.

Peter Lesniewski

Docket No.: 11 CR 1091 (VM)
Honorable Victor Marrero
(District Court Judge)

Notice is hereby given that Peter Lesniewski appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order denying defendant's motion for new trial (Doc. 846)
(specify)
entered in this action on 3/4/2016
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No [ N/A [

Date of sentence: 2/21/2014 _____ N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Thomas Anthony Durkin |
| Counsel's Address: | Durkin & Roberts |
| | 2446 N. Clark Street, Chicago, IL 60614 |
| Counsel's Phone: | 312-981-0123 |
| Assistant U.S. Attorney: | Daniel Tehrani |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2455 |

Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401148554
Cashier ID: Clapsley
Transaction Date: 03/18/2016
Payer Name: THOMAS DURKIN
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THOMAS DURKIN
 Amount:         $505.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

11CR1091-2
```