# DURKIN & ROBERTS
##### ATTORNEYS AND COUNSELORS

THOMAS ANTHONY DURKIN
rdurkin@durkinroberts.com

2446 NORTH CLARK STREET
CHICAGO, ILLINOIS 60614

TELEPHONE (312) 981-0123
FACSIMILE (312) 913-9235

April 15, 2016

**BY FACSIMILE**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/26/16]

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
(Facsimile: 212-805-6382)

Re: *United States v. Lesniewski and Rutigliano,*
    S14 11 Cr. 1091 (VM)

Dear Judge Marrero:

On April 11, 2016, the government filed its letter seeking reconsideration or stay of the Court's March 4, 2016, decision to schedule a resentencing hearing on April 29, 2016. On Dr. Lesniewski's behalf, we would respectfully request that the time in which to file his response be extended to Wednesday, April 20, 2016. As we also discussed with your Law Clerk on April 13, 2016, Attorney Joseph Ryan requests the same on behalf of his client Joseph Rutigliano.

It is my understanding that the Court would be available to have the matter heard on the afternoon of May 13, 2016, which is a date acceptable to me and Mr. Ryan.

Respectfully Submitted,

/s/ Thomas A. Durkin

Thomas Anthony Durkin
Durkin & Roberts
2446 N. Clark Street
Chicago, Illinois 60614
(312) 981-0123

TAD/tab

cc: AUSA Nicole Friedlander (by e-mail)
    AUSA Daniel Tehrani (by e-mail)
    Joseph W. Ryan, Esq. (by email)
    John D. Cline, Esq. (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Defendant Lesniewski.

**SO ORDERED.**

4-25-16
DATE        VICTOR MARRERO, U.S.D.J.