UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA

- against -

PETER LESNIEWSKI,

              Defendant.
-------------------------------------------------X



RECEIVED
MAY 13 2016
CHAMBERS OF
JUDGE MARRERO

S14 11 Cr. 1091 (VM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/16

IT IS HEREBY ORDERED, that Thomas Anthony Durkin, Esq., who is admitted *pro hac vice* in the above-captioned case, and John D. Cline, Esq., additional counsel for Defendant Peter Lesniewski, are permitted to carry their cellular telephones into the courthouse for purposes of post-trial proceedings in this case.

Dated: New York, New York
       May 13, 2016

SO ORDERED:

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE