UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA          :        S14 11 Cr. 1091 (VM)

    - against -                             :        DECLARATION IN
                                                       SUPPORT OF DEFENDANT
PETER LESNIEWSKI,                     :        DR. PETER LESNIEWSKI'S
                                                       MOTION FOR CERTIFICATE
                                                       <u>OF APPEALABILITY</u>
                      Defendant.       :
-------------------------------------------------------X

       THOMAS ANTHONY DURKIN, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

       1.       I am a lawyer licensed to practice in the State of Illinois and was granted leave to appear *pro hac vice* in this matter on January 5, 2012, to represent Peter J. Lesniewski in the above-captioned case along with Joshua L. Dratel. I make this Declaration in support of Dr. Lesniewski's Motion for Certificate of Appealability.

       2.       The legal and factual bases for this motion are set forth in the accompanying Memorandum of Law, and it is respectfully requested that the facts set forth therein be incorporated by reference in this Declaration.

       WHEREFORE, it is respectfully requested that the Court grant Dr. Lesniewski's motion for certificate of appealability in its entirety, and for any such other and further relief as this Court deems just and proper.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed June 27, 2016.

                                                                        /s/ Thomas Anthony Durkin
                                                                       THOMAS ANTHONY DURKIN