**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/16

June 30, 2016

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Lesniewski et al., S14 11 Cr. 1091 (VM)**

Dear Judge Marrero:

    The Government respectfully submits this letter to seek a brief adjournment of the deadline to submit briefing related to restitution for defendants, Peter Lesniewski, Joseph Rutigliano and Peter Ajemian. As the Court is aware, on June 20, 2016, the Court issued an order (the "June 21 Order") denying in part those defendants' motions for resentencing pursuant to Title 28, United State Code, Section 2255, and ordering the parties to submit additional briefing on the issue of restitution within 30 days, namely July 21, 2016. On June 29, 2016, the Court issued a separate order (the "June 29 Order") denying in part defendant Marie Baran's motion for resentencing and ordering Baran and the Government to submit briefing on restitution within 30 days, namely July 29, 2016. Because the issues and analysis regarding restitution for all of the defendants are likely to be similar, the Government respectfully requests that the deadline to submit briefing in response to the June 21 Order be extended to July 29, 2016. Counsel for defendants Lesniewski, Rutigliano and Ajemian consent to this request.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                    By:    /s/
                          Daniel B. Tehrani
                          Assistant United States Attorney
                          212-637-2455

cc: All counsel (by ECF)

Request GRANTED. The time for the Government to respond to the Court's Order dated 6-20-16 is extended to 7-29-16.

SO ORDERED.

6-30-16
DATE        VICTOR MARRERO, U.S.D.J.