**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 1 2016

Caption:

United States of America

v.

Peter Lesniewski

Docket No.: 11 CR 1091 (VM)

Honorable Victor Marrero
(District Court Judge)

Notice is hereby given that Peter Lesniewski appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order denying defendant's motion for resentencing (Doc. 871)
(specify)

entered in this action on 6/21/2016
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987?  Yes |✓| No | N/A |

Date of sentence: 2/21/2014  N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Thomas Anthony Durkin |
| Counsel's Address: | Durkin & Roberts |
| | 2446 N. Clark Street, Chicago, IL 60614 |
| Counsel's Phone: | 312-981-0123 |
| Assistant U.S. Attorney: | Daniel Tehrani |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2455 |

_____
Signature