# THE LAW OFFICES OF SEAN M. MAHER, PLLC

July 21, 2016

**BY ECF**

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RE: *United States v. Ajemian et al.,*
Dkt. No. 11 Cr. 1091 (VM)

Dear Judge Marrero:

    I am writing jointly on behalf of my client, Dr. Ajemian, as well as on behalf of cocounsel for Mr. Rutigliano and Dr. Lesniewski, in regard to the Court's memo endorsement of June 30, 2016 (Doc. No. 884) of the government's letter motion of June 30, 2016 (Doc. No. 882) requesting an extension of the deadline to respond to the Court's June 20, 2016 order (Doc. No. 871). I write specifically to request that the Court grant permission for all defendants to have the same July 29, 2016 filing deadline as the government.

    In its letter to the Court, the government, after having conferred with defense counsel, requested that the deadline to respond to the Court's order be extended to July 29, 2016 for all parties, including the defense, however the Court's memo endorsement appears to only refer to extending the deadline for the government. I have spoken with AUSA Daniel Tehrani, who confirmed that the government continues to consent to extending the deadline for all defendants until July 29, 2016.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Dr. Peter Ajemian*

> Request GRANTED. The time for defendants to respond to the Court's Order dated 6-20-16 is extended to 7-29-16.
>
> SO ORDERED.
>
> 7-22-16
> DATE / VICTOR MARRERO, U.S.D.J.

233 BROADWAY, SUITE 801, NEW YORK, NEW YORK 10279
(212) 661-5333 • (212) 227-5808 FAX
WWW.SEANMAHERLAW.COM